In the Matter of the Application of Franklin A. McConaughy for Admission to the Bar.—Application granted. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Annie Anderson, as Administratrix, etc., Respondent, v. Poughkeepsie Light, Heat and Power Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

William Geraerdts, Respondent, v. Louis Rosenberg and Others, Defendants, Impleaded with Edward Snyder, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Probate of the Last Will and Testament of Ellen Haggerty, etc., Deceased.— This motion will be held open for two days further, inasmuch as appellant's attorney has not complied with the rule* heretofore called to his attention, in that he has not filed any affidavit showing merits. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Annie McDonnell, as Administratrix, etc., Appellant, v. Metropolitan Bridge and Construction Company, Respondent.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Jacob Neu and Others, Copartners, etc., Appellants, v. William J. Fox, Respondent.— Upon filing the stipulation of William J. Fox, motion for stay granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. James Butler, Incorporated, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The Town of Hempstead, Appellant, v. Newbold T. Lawrence and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion to resettle order denied, without costs. Present — Burr, Thomas, Carr and Woodward, JJ.

Joseph Biehl, Respondent, v. The Erie Railroad Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P J., Thomas, Carr, Woodward and Rich, JJ.

---

* See App. Div. Rules, 2d Dept. Special Rule. — [REP.